**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAVID C. JARRELL,** | § | |
| | § | |
| **Plaintiff,** | § | **CASE NO. 2:10-CV-01048** |
| **v.** | § | **SECTION S; MAG. 1** |
| | § | |
| **EQUIFAX CREDIT INFORMATION SERVICES, INC., ET ALS** | § | **JUDGE: MARY ANN VIAL LEMMON** |
| | § | **MAGISTRATE: SALLY SHUSHAN** |
| | § | |
| **Defendants.** | § | |

**ORDER OF DISMISSAL**

Having considered the Stipulation of Dismissal With Prejudice filed by Plaintiff and Defendant Experian Information Solutions, Inc. in this matter, it is hereby:

ORDERED that all claims against Defendant Experian Information Solutions, Inc. are hereby dismissed, with prejudice.

Signed this 17th day of September, 2010.

Mary Ann Vial Lemmon
JUDGE