**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAVID C. JARRELL**<br>Plaintiff | **CIVIL ACTION** |
| | **NO. 10-01048** |
| **VERSUS** | |
| **EQUIFAX CREDIT INFORMATION SERVICES, INC., ET ALS**<br>Defendants | **JUDGE LEMMON**<br><br>**MAGISTRATE SHUSHAN** |

---

*ORDER*

---

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that all of the claims of Plaintiff DAVID C. JARRELL against EQUIFAX CREDIT INFORMATION SERVICES, INC. are hereby dismissed with prejudice with each party to bear their own costs.

Signed this 8th day of November, 2010 in New Orleans, Louisiana.

Mary Ann Vial Lemmon

**JUDGE**