UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| DAVID C. JARRELL<br>Plaintiff,<br><br>v.<br><br>EQUIFAX CREDIT INFORMATION SERVICES, EXPERIAN INFORMATION SOLUITONS, INC., TRANSUNION CONSUMER SOLUTIONS, INC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:10-cv-01048-MVL-SS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE LEMMON:

Plaintiff David C. Jarrell, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between David C. Jarrell and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

/s/ David C. Jarrell

David C. Jarrell (La. Bar #30907)
dcjarrell@torres-law.com
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr.
Chalmette, LA 70043
***Plaintiff Pro Se***

Respectfully submitted,

/s/ Glenn P. Orgeron

**GLENN P. ORGERON (La. Bar #10235)**
glenn.orgeron@keanmiller.com
**KEAN MILLER (NEW ORLEANS)**
First Bank & Trust Tower
909 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 585-3050
and
**ERIK J. GROHMANN** *(admitted pro hac vice)*
erik.grohmann@strasburger.com
**STRASBURGER & PRICE, LLP**
2801 Network Blvd., Suite 600
Frisco, TX 75034
(469) 287-3920
(469) 227-6562 Fax
***Counsel for Defendant Trans Union LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David C. Jarrell
dcjarrell@torres-law.com
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr.
Chalmette, LA 70043
***Plaintiff Pro Se***

/s/ Glenn P. Orgeron

2157598