UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| DAVID C. JARRELL<br>Plaintiff,<br>v.<br>EQUIFAX CREDIT INFORMATION SERVICES, EXPERIAN INFORMATION SOLUITONS, INC., TRANSUNION CONSUMER SOLUTIONS, INC.<br>Defendants. | CIVIL ACTION NO.<br>2:10-cv-01048-MVL-SS |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff David C. Jarrell has announced to the Court that all matters in controversy against Trans Union have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff David C. Jarrell against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 30th day of November, 2010.

Mary Ann Vial Lemmon

**HON. MARY ANN VIAL LEMMON**
UNITED STATES DISTRICT JUDGE